UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMEY J. BITTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PUBLIC HOSPITAL DISTRICT NO. 1 OF PEND O'REILLE COUNTY, *et al.*,<br><br>    Defendants. | NO. CV-05-381-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On October 10, 2006, the parties filed a joint Stipulation for Dismissal (Ct. Rec. 10). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 11th day of October, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Bitton\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** \* 1